

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2021

No. 04-21-00081-CV

**IN RE** Olga Maria **NARRO** and Jose Elias Narro Arreazola, Relators

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus, emergency motion for temporary relief, and motion to abate are DENIED.

It is so **ORDERED** on April 14, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 34885, styled *In re J.E.N.*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Roland C. Andrade presiding.